UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| DEBRA BOUCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.:  2:20-cv-00141-NT |
| | ) |
| NORTHEAST BANK, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

NOW COME the parties, by and through their respective attorneys, and stipulate to the dismissal of Plaintiff Debra Boucher's claims in Civil Action No. 2:20-cv-00141-NT, with prejudice and without fees and costs to either party, pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii).

Respectfully submitted,

Dated: December 30, 2020        */s/ Samuel S. Riotte* _____
Samuel S. Riotte
McTEAGUE HIGBEE
Four Union Park, P.O. Box 5000
Topsham, ME 04086
(207) 725-5581
sriotte@mcteaguehigbee.com
*Counsel to Plaintiff*

Dated: December 30, 2020        */s/ Daniel R. Strader*
Daniel R. Strader

*/s/ Margaret Coughlin LePage*
Margaret Coughlin LePage
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
(207) 791-1100
dstrader@pierceatwood.com
mlepage@pierceatwood.com
*Counsel to Defendant*

## **CERTIFICATE OF SERVICE**

I, Samuel S. Riotte, hereby certify that on December 30, 2020, I electronically filed Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following: Margaret Coughlin LePage, at mlepage@pierceatwood.com and Daniel R. Strader at dstrader@pierceatwood.com.

*/s/ Samuel S. Riotte*
Samuel S. Riotte
McTEAGUE HIGBEE
Four Union Park
P.O. Box 5000
Topsham, ME 04086
(207) 725-5581
sriotte@mcteaguehigbee.com